# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE MARVIN VALLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-4070 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY, IMMIGRATION & | § | |
| CUSTOMS ENFORCEMENT, | § | |
| DETENTION & REMOVAL | § | |
| OPERATIONS, | § | |
| | § | |
| Defendant. | § | |

## AGREED PRELIMINARY INJUNCTION

Pending the determination by the Department of Homeland Security on plaintiff's Motion for Reconsideration of its decision to deny special immigrant juvenile request for specific consent status to plaintiff, the plaintiff is allowed to remain on an Order of Recognizance (OR) Number 88-177-392 under the supervision of Mr. James Keel of the Children's Center of Galveston, Texas.  During this period, plaintiff will appear as ordered by the immigration court for any proceedings conducted under the Immigration and Nationality Act.  This court will retain continuing jurisdiction over this case *pendente lite*.

The parties agree that no bond is required.

        SIGNED on December 10, 2007, at Houston, Texas.

                                                                   Lee H. Rosenthal
                                           United States District Judge